# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **FERNANDO DeLEON**, *et al.*, | ) |
|     Plaintiffs, | ) |
| | ) |
| vs. | )    **CIVIL ACTION NO. 08-00562-KD-N** |
| | ) |
| **ST MOBILE AEROSPACE** | ) |
| **ENGINEERING, INC.**, | ) |
|     Defendant. | ) |

## JUDGMENT

In accordance with the Order entered on this date granting the Motion for Summary Judgment filed by Defendant ST Mobile Aerospace Engineering, Inc. (Docs. 38, 39), it is hereby **ORDERED, ADJUDGED** and **DECREED** that this action is **DISMISSED** with prejudice.

**DONE** and **ORDERED** this the **9th** day of **February 2010.**

                                          /s/ Kristi K. DuBose
                                        **KRISTI K. DuBOSE**
                                        **UNITED STATES DISTRICT JUDGE**